IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTA VILLAROSA,

        Plaintiff,

v.

NORTH COVENTRY TOWNSHIP, et al.,

        Defendants.

CIVIL ACTION
NO. 15-4975

### ORDER

**AND NOW**, this 28th day of July 2016, upon consideration of the Amended Complaint (Doc. No. 6), the Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(6) filed by Defendants North Coventry Township, Sergeant Robert W. Malason, and Police Officer Victor Machese ("Defendants") (Doc. No. 8), Plaintiff's Answer to Defendants' Motion to Dismiss (Doc. No. 9), Defendants' Reply (Doc. No. 10), Plaintiff's Supplemental Memorandum of Law (Doc. No. 14), Defendants' Supplemental Brief (Doc. No. 15), Defendants' Reply to Plaintiff's Supplemental Memorandum of Law (Doc. No. 20), the arguments of the parties at the January 5, 2016 hearing, and in accordance with the Court's Opinion issued this day, it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 8) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.